BEFORE THE SECOND DIVISION, SEPTEMBER 4, 1942

**No. 47527.—**Protests 959072–G (A), etc., of A. W. Fenton Co. et al. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that the subject of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 as flax waste used chiefly for paper making was sustained.